**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

FRANK CORNEJO, an individual; and DORA CORNEJO, an individual;

Plaintiffs,

v.

OCWEN LOAN SERVICING, LLC, a Delaware limited liability company; U.S. BANCORP d/b/a U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR HOLDERS OF STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-RF3, a national association; WESTERN PROGRESSIVE, LLC, a Delaware limited liability company; and DOES 1 THROUGH 100, inclusive;

Defendants.

Case No.: 1:15-cv-00993-JLT

**ORDER GRANTING STIPULATION TO: (1) DISMISS CLAIM FOR VIOLATION OF CAL. CIV. CODE § 2923.55; AND (2) STRIKE CERTAIN ALLEGATIONS IN FIRST AMENDED COMPLAINT**

(Doc. 22)

The Court having considered the *Stipulation to: (1) Dismiss Claim for Violation of Cal. Civ. Code § 2923.55; and (2) Strike Allegations in First Amended Complaint* (the "Stipulation") entered into by and between *defendants* Ocwen Loan Servicing, LLC, U.S. Bank, National Association, as Trustee for the Holders of the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-RF3, and Western Progressive Trustee, LLC, dba Western Progressive, LLC; and *plaintiffs* Frank Cornejo and Dora Cornejo ("Plaintiffs"), and good cause appearing therefore, the Court **ORDERS:**

///

1. The stipulation is **GRANTED**;

2. Plaintiffs' third cause of action, for violation of Cal. Civ. Code § 2923.55, is hereby dismissed with prejudice;

3. The following allegations in Plaintiffs' First Amended Complaint are hereby stricken:

| Paragraph(s) | Page(s) | Line(s) |
|---|---|---|
| 27 | 7 | 17 through 20 |
| 29 | 7 | 23 through 27 |
| | 8 | 1 through 2 |
| 30 | 8 | 3 through 12 |
| 31 | 8 | 13 through 15 |
| 32 | 8 | 16 through 21 |
| 33 | 8 | 22 through 25* |
| | * The final sentence of Paragraph 33 is not stricken. | |
| 34 | 8 | 27 |
| | 9 | 1 through 5 |
| 35 | 9 | 9 through 13* |
| | * Only the final two sentences of Paragraph 35 are hereby stricken. | |
| 37 | 9 | 18 through 24 |
| 38 | 9 | 26* |
| | * The word "first" on line 26 is hereby stricken. | |
| 125 through 139 | 34 | 4 through 27 |
| | 35 | 1 through 27 |
| | 36 | 1 through 27 |
| | 37 | Line 1 |

IT IS SO ORDERED.

Dated: **April 28, 2016**

**/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE