UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK CORNEJO, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>OCWEN LOAN SERVICING, LLC, et al.,<br><br>    Defendants. | Case No.:  1:15-cv-00993 JLT<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION TO CONTINUE TRIAL PRE-TRIAL DEADLINES IN LIGHT OF MEDIATION** |

Based upon the stipulation of the parties, the Court **ORDERS:**

1. The stipulation is **GRANTED**;

2. The trial is continued to October 17, 2016;

3. The deadline to file a Joint Statement of the Case, Proposed Voir Dire Questions, Proposed Jury Instructions, Proposed Verdict Forms, and Trial Briefs is continued to **October 7, 2016**;

4. The parties **SHALL** deliver three sets of their exhibit binders to the Courtroom Clerk and provide one set to their opponent, no later than 4:00 p.m., on **October 14, 2016**. Counsel **SHALL** determine which of them will also provide three sets of the joint exhibits to the Courtroom Clerk.

**The parties are advised that the dates set forth herein will not be continued again.  They will notify the Court of a settlement by October 10, 2016 or they will proceed to trial.**

1

**Settlement after this date will result in the imposition of sanctions on counsel and the parties, at a minimum, to cover the cost of summoning a jury.**

IT IS SO ORDERED.

Dated:   **September 19, 2016**            **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE