1
2
3
4
5
6
7

8

## UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

10
11

FRANK CORNEJO, an individual; and DORA CORNEJO, an individual;

12

                    Plaintiffs,

13

    v.

14

OCWEN LOAN SERVICING, LLC, a Delaware limited liability company; U.S. BANCORP d/b/a U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR HOLDERS OF STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-RF3, a national association; WESTERN PROGRESSIVE, LLC, a Delaware limited liability company; and DOES 1 THROUGH 100, inclusive;

15
16
17
18
19

                    Defendants.

20

Case No.:  1:15-cv-00993-JLT

**ORDER APPROVING STIPULATION TO DISMISS: (1) CLAIM FOR VIOLATION OF CAL. CIV. CODE § 2924.10; AND (2) CLAIM FOR VIOLATION OF CAL. CIV. CODE § 2923.6 AS AGAINST WESTERN PROGRESSIVE TRUSTEE, LLC, DBA WESTERN PROGRESSIVE, LLC**

(Doc. 75)

21      The Court having considered the *Stipulation to Dismiss: (1) Claim for Violation of Cal. Civ.*

22  *Code § 2924.10; and (2) Claim for Violation of Cal. Civ. Code § 2923.6 as Against Western*

23  *Progressive Trustee, LLC, dba Western Progressive, LLC* (the "<u>Stipulation</u>") entered into by and

24  between *defendants* Ocwen Loan Servicing, LLC ("<u>Ocwen</u>") and Western Progressive Trustee, LLC,

25  dba Western Progressive, LLC ("<u>Western Progressive</u>"); and *plaintiffs* Frank Cornejo and Dora

26  Cornejo ("<u>Plaintiffs</u>"), and good cause appearing therefor,

27      **IT IS ORDERED** that the Stipulation is **APPROVED**.

28

1     **IT IS FURTHER ORDERED** that Plaintiffs' cause of action for violation of Cal. Civ. Code

2    § 2924.10 is hereby dismissed with prejudice.

3     **IT IS FURTHER ORDERED** that Plaintiffs' cause of action for violation of Cal. Civ. Code

4    § 2923.6 is hereby dismissed with prejudice as against Western Progressive.

5     **IT IS FURTHER ORDERED** that the Stipulation in no way affects or limits the claims

6    remaining against Ocwen and U.S. Bank National Association, as Trustee for the Holders of the

7    Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-RF3

8    ("U.S. Bank") for alleged violations of Cal. Civ. Code § 2923.6 or the damages claimed against

9    Ocwen and U.S. Bank for these alleged statutory violations.

IT IS SO ORDERED.

Dated:   **October 19, 2016**       **/s/ Jennifer L. Thurston**

                      UNITED STATES MAGISTRATE JUDGE