FILED
OCT 21 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK CORNEJO, et al., | Case No.: 1:15-cv-000993 - JLT |
| Plaintiffs, | |
| v. | SPECIAL VERDICT |
| OCWEN LOAN SERVICING, LLC, et al., | |
| Defendants. | |

We, the jury in the above-entitled action, find the following verdict on the questions submitted to us:

**Question 1**:

Did Frank Cornejo and Dora Cornejo supply Ocwen with all of the documents required by Ocwen in connection with their loan modification application?

Answer:   Yes  X    No ____

If you answered "no," sign, date and return this verdict. If you answered "yes," answer Question 2.

1

**Question 2**

Did Frank Cornejo and Dora Cornejo supply all of the required documents within the timeframes specified by Ocwen?

Answer:   Yes __X__   No _____

If you answered "yes," answer Question 4. If you answered "no," answer Question 3.

**Question 3**:

Were the timeframes set by Ocwen reasonable?

Answer:   Yes _____   No _____

If you answered "yes," sign, date and return this verdict.  If you answered "no," answer Question 4.

**Question 4**:

Did the defendants commit a material violation of California Civil Code §2923.6 when they failed to postpone the foreclosure sale once the Cornejos submitted all of the documents required by Ocwen?

Answer:   Yes __X__   No _____

If you answered "yes," answer Question 5. If you answered "no," sign, date and return this verdict.

2

**Question 5:**

What amount, if any, do you award the plaintiffs for their economic losses caused by the defendants' conduct?

$ __39,642.00__

If you entered an amount greater than "0," answer Question 6.

**Question 6:**

When the defendants failed to postpone the foreclosure sale of the Cornejos' home, did they act intentionally, willfully or recklessly?

Yes __X__   No _____

If you answered "yes," answer Question 7. If you answered "no," sign, date and return this verdict

**Question 7:**

Should the plaintiffs be awarded statutory damages?

Yes __X__   No _____

Sign, date and return this verdict.

Dated: __10/21/2016__



JURY FOREPERSON