FILED

OCT 21 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK CORNEJO, et al., | Case No.: 1:15-cv-000993 - JLT |
| Plaintiffs, | |
| v. | SPECIAL VERDICT |
| OCWEN LOAN SERVICING, LLC, et al., | |
| Defendants. | |

We, the jury in the above-entitled action, find the following verdict on the questions submitted to us:

1

**Question 1**:

What amount, if any, do you award the plaintiffs for their non-economic losses caused by the defendants' conduct?

        Dora Cornejo       $ 300,000

Sign, date and return this verdict.

Dated: 10/21/2016                   _____
                                                    JURY FOREPERSON