GIANDOMINIC VITIELLO (SBN 262244)
gdvitiello@kvklawyers.com
**KATCHKO, VITIELLO & KARIKOMI, PC**
11500 W. Olympic Blvd., Suite 512
Los Angeles, CA 90064
Tel:  (310) 943-9587
Fax: (424) 204-0401
Attorneys for Plaintiffs FRANK CORNEJO and DORA CORNEJO

**McGLINCHEY STAFFORD**
Brian A. Paino (SBN 251243)
18201 Von Karman Avenue, Suite 350
Irvine, California 92612
Telephone:  (949) 381-5900
Facsimile:   (949) 271-4040
Email:            bpaino@mcglinchey.com
Attorneys for *Defendants* OCWEN LOAN SERVICING, LLC, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-RF3, and WESTERN PROGRESSIVE TRUSTEE, LLC, dba WESTERN PROGRESSIVE, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – BAKERSFIELD

| | |
|---|---|
| FRANK CORNEJO, an individual; DORA CORNEJO, an individual; <br><br> Plaintiffs, <br> v. <br><br> OCWEN LOAN SERVICING, LLC, et al. <br><br> Defendants. | Case No:  1:15-cv-00993-JLT <br><br> Assigned to Hon. Magistrate Judge Jennifer L. Thurston <br><br> **[PROPOSED] ORDER ON JOINT STIPULATION TO EXTEND DEADLINE FOR FILING APPLICATION FOR ATTORNEY FEES AND COSTS** <br><br> (Doc. 109) |

**[PROPOSED] ORDER ON JOINT STIPULATION TO EXTEND DEADLINE - 1**

**ORDER**

Based upon the stipulation of counsel (Doc. 109), the Court **ORDERS**:

1. The stipulation to extend time to file motions for attorneys' fees and costs is **GRANTED.** Any such motion **SHALL** be filed no later than 28 days after the Court issues orders on post-trial motions;

2. Enforcement of the judgment in this action shall be **STAYED** until 28 days after the date the Court issues its orders on post-trial motions.

IT IS SO ORDERED.

Dated:   **December 14, 2016**          **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE