**GIANDOMINIC VITIELLO** (SBN 262244)
gdvitiello@kvklawyers.com
**KATCHKO, VITIELLO & KARIKOMI, PC**
11500 W. Olympic Blvd., Suite 512
Los Angeles, CA 90064
Tel:  (310) 943-9587
Fax: (424) 204-0401
Attorneys for Plaintiffs FRANK CORNEJO and DORA CORNEJO

**McGLINCHEY STAFFORD**
Brian A. Paino (SBN 251243)
18201 Von Karman Avenue, Suite 350
Irvine, California 92612
Telephone:  (949) 381-5900
Facsimile:   (949) 271-4040
Email:           bpaino@mcglinchey.com
Attorneys for *Defendants* OCWEN LOAN SERVICING, LLC, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-RF3

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – BAKERSFIELD

| | |
|---|---|
| FRANK CORNEJO, et al; <br><br>          Plaintiffs, <br>     v. <br><br> OCWEN LOAN SERVICING, LLC, et al. <br><br>          Defendants. | **Case No:  1:15-cv-00993-JLT** <br><br> **Assigned to Hon. Magistrate Judge Jennifer L. Thurston** <br><br> **[PROPOSED] ORDER ON JOINT STIPULATION TO RESET DATE FOR HEARING ON MOTION TO AMEND THE JUDGMENT AND MOTION FOR JUDGMENT AS A MATTER OF LAW** <br><br> **(Doc. 115)** |

**[PROPOSED] ORDER ON JOINT STIPULATION TO EXTEND DEADLINE -** 1

The Court having considered the Stipulation to Reset Date for Hearing on Motion to Amend the Judgment and Motion for Judgment as a Matter of Law (the "Stipulation") entered into by and between plaintiffs Frank Cornejo and Dora Cornejo ("Plaintiffs") and defendants Ocwen Loan Servicing, LLC, and U.S. Bank, National Association, as Trustee for the Holders of the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-RF3 ("Defendants"); and, and good cause appearing therefor,

**IT IS ORDERED** that the Stipulation is **APPROVED**.

**IT IS FURTHER ORDERED** that the Hearing on Motion to Amend the Judgment [DE 108] and Motion for Judgment as a Matter of Law [DE 110] originally set for hearing on January 17, 2017 and moved to January 18, 2017 by Order of this Court dated December 14, 2016 [DE 114] is **RESET** for 02/01/2017 at **09:00 AM** in Bakersfield at 510 19th Street (JLT) before Magistrate Judge Jennifer L. Thurston. Telephonic appearances via CourtCall are authorized.

IT IS SO ORDERED.

Dated: **December 21, 2016**             **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE