UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK CORNEJO, et al., ) | Case No.: 1:15-cv-000993 - JLT |
|     Plaintiffs, ) ) | ORDER REQUIRING COUNSEL TO FILE A JOINT FURTHER SCHEDULING REPORT |
|   v. ) ) | |
| OCWEN LOAN SERVICING, LLC, et al., ) ) | |
|     Defendants. ) ) | |

Recently, the Court granted the defendants' motion for new trial. Thus, no later than **March 10, 2017**, counsel **SHALL** file a joint further scheduling report proposing dates for the new trial and pretrial conference. After reviewing the joint report, the Court will set a conference if it appears necessary.

IT IS SO ORDERED.

Dated:   **February 7, 2017**              **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE