**KATCHKO, VITIELLO & KARIKOMI, PC**
GIANDOMINIC VITIELLO (SBN 262244)
11500 W. Olympic Blvd., Suite 512
Los Angeles, CA 90064
Tel: (310) 943-9587
Fax: (424) 204-0401
gdvitiello@kvklawyers.com

**McGLINCHEY STAFFORD**
Brian A. Paino (SBN 251243)
Sanford P. Shatz (SBN 217192)
Dhruv M. Sharma (SBN 279545)
18201 Von Karman Avenue, Suite 350
Irvine, California 92612
Telephone: (949) 381-5900
Facsimile: (949) 271-4040
Email: bpaino@mcglinchey.com
sshatz@mcglinchey.com
dsharma@mcglinchey.com

Attorneys for *Defendants* **OCWEN LOAN SERVICING, LLC, and U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-RF3**

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| FRANK CORNEJO, an individual; and DORA CORNEJO, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC, a Delaware limited liability company; U.S. BANCORP d/b/a U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR HOLDERS OF STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-RF3, a national association; WESTERN PROGRESSIVE, LLC, a Delaware limited liability company; and DOES 1 THROUGH 100, inclusive;<br><br>Defendants. | Case No.: 1:15-cv-00993-JLT<br><br>**[PROPOSED]** ORDER ON STIPULATION TO CONTINUE DATE ON WHICH TO FILE A JOINT FURTHER SCHEDULING REPORT TO APRIL 14, 2017 |

Based on the Stipulation of the Parties, and

**GOOD CAUSE APPEARING THERFOR,**

**IT IS ORDERED THAT** Counsel **SHALL** file a joint further scheduling report no later than April 14, 2017, proposing dates for the new trial and pretrial conference. After reviewing the joint report, the Court will set a conference if it appears necessary.

DATED: March __9__, 2017

_____
HON. JENNIFER L. THURSTON
UNITED STATES MAGISTRATE JUDGE