# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK CORNEJO, et al., <br><br>Plaintiffs, <br><br> v. <br><br> OCWEN LOAN SERVICING, LLC, et al., <br><br>Defendants. | Case No.: 1:15-cv-00993-JLT <br><br> **ORDER GRANTING STIPULATION TO CONTINUE THE FILING DATE FOR THE FURTHER SCHEDULING REPORT** <br><br> **(Doc. 135)** |

The parties report they have been engaged in settlement discussions in an attempt to resolve this matter. (Doc. 135) They report that the filing of the notice of lien (Doc. 134) slowed this progress, but they feel, after discussions with the lienholder, that this lien will not necessarily be an impediment to resolution. Thus, they request additional time to make settlement efforts before filing their joint, further scheduling report. Good cause appearing, the Court **ORDERS**:

1. The joint, further scheduling report **SHALL** be filed no later than **May 19, 2017**.

IT IS SO ORDERED.

Dated: __**April 14, 2017**__   　　　__**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE