# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| FRANK CORNEJO, an individual; and DORA CORNEJO, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,, et al.,<br><br>Defendants. | Case No.: 1:15-cv-00993-JLT<br><br>**[PROPOSED] ORDER ON STIPULATION TO CONTINUE DATE ON WHICH TO FILE A JOINT FURTHER SCHEDULING REPORT TO JUNE 23, 2017**<br><br>(Doc. 137) |

Counsel report that the parties have entered into a tentative agreement to settle the case and need 35 additional days to complete it. (Doc. 137) Thus, the Court **ORDERS**:

1. **No later than June 23, 2017**, counsel **SHALL** file a joint further scheduling report proposing dates for the new trial and pretrial conference. After reviewing the joint report, the Court will set a conference if it appears necessary.

IT IS SO ORDERED.

Dated: **May 17, 2017**            **/s/ Jennifer L. Thurston**
                                   UNITED STATES MAGISTRATE JUDGE