**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| FRANK CORNEJO, an individual; and DORA CORNEJO, an individual;<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>OCWEN LOAN SERVICING, LLC, a Delaware limited liability company; U.S. BANCORP d/b/a U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR HOLDERS OF STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-RF3, a national association; WESTERN PROGRESSIVE, LLC, a Delaware limited liability company; and DOES 1 THROUGH 100, inclusive;<br><br>　　　　　Defendants. | Case No.: 1:15-cv-00993-JLT<br><br>**[PROPOSED]** ORDER ON STIPULATION TO CONTINUE DATE ON WHICH TO FILE A JOINT FURTHER SCHEDULING REPORT TO AUGUST 7, 2017<br><br>(Doc. 139) |

///

///

///

1　　　　　　　　　　　　　　　　　　CASE NO. 1:15-CV-00993-JLT

**[PROPOSED] ORDER ON STIPULATION TO CONTINUE DATE ON WHICH TO FILE A JOINT FURTHER SCHEDULING REPORT TO AUGUST 7, 2017**

920694.1

The stipulation of counsel to extend the time for filing the further scheduling report is **GRANTED**. Counsel **SHALL** file the joint further scheduling report no later than August 7, 2017, proposing dates for the new trial and pretrial conference. After reviewing the joint report, the Court will set a conference if necessary.

IT IS SO ORDERED.

Dated: **June 21, 2017**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE