**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| FRANK CORNEJO, an individual; and DORA CORNEJO, an individual;<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>OCWEN LOAN SERVICING, LLC, a Delaware limited liability company; U.S. BANCORP d/b/a U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR HOLDERS OF STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-RF3, a national association; WESTERN PROGRESSIVE, LLC, a Delaware limited liability company; and DOES 1 THROUGH 100, inclusive;<br><br>　　　　　　Defendants. | Case No.:  1:15-cv-00993-JLT<br><br>**[PROPOSED] [AMENDED] ORDER APPROVING STIPULATION TO DISMISS ENTIRE LAWSUIT**<br>(Doc. 143) |

　　　The Court having considered the *Stipulation to Dismiss Entire Lawsuit* (the "Stipulation") entered into by and between *plaintiffs* Frank Cornejo and Dora Cornejo ("Plaintiffs"), and *defendants* Ocwen Loan Servicing, LLC ("Ocwen") and U.S. Bank National Association, As Trustee For The Holders Of The Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-RF3 (U.S. Bank") (Ocwen and U.S. Bank are referred to collectively as "Defendants," and together with Plaintiffs, the "Parties"), and non-party the State Board of Equalization of the State of California ("SBE"), and

**GOOD CAUSE APPEARING THEREFOR**,

**IT IS ORDERED** that the Stipulation is **APPROVED**.

1. **IT IS FURTHER ORDERED** that Plaintiffs' entire complaint and each of its causes of action are dismissed with prejudice. The Parties and the SBE are to bear their own costs and attorneys' fees. The Court shall retain jurisdiction for the purpose of enforcing the terms of the separate settlement agreement entered into between the Parties and SBE.

IT IS SO ORDERED.

Dated: **July 10, 2017**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE